# JAMES M. ANDERSEN, ESQ.
## ATTORNEY AT LAW

OFFICE LOCATION:
17041 El Camino Real, Suite 204
Houston, Tx. 77058-2620

E-mail: jandersen.law@gmail.com

MAILING ADDRESS:
P.O. BOX 58554
WEBSTER TX. 77598-8554
TEL.  (281) 488-2800
FAX.  (281) 480-4851

November 12, 2024

Hon. George C. Hanks, Jr.
United States District Court Southern District of Texas
Houston Division
United States Courthouse
515 Rusk Street, Room 6202
Houston, TX 77002

> Re: Appeal Civil Action: 4:24-cv-4354; Thomas v. Miramar Lake Homeowers Association Inc in the U.S. District Court for the Southern District of Texas, Division.

Dear Judge Hanks:

I represent myself as a defendant in the above-referenced and numbered proceedings which is presently on Appeal. I file this joint letter to give the court notice that I do not represent Ms, .Thomas a party to the above numbered proceedings in regard to this appeal or otherwise.

On November 4, 2024, I,  filed the "Notice of Appeal" prepared by Ms. Thomas *pro se* as she is presently on a medical after having invasive surgery on October 17, 2024, and is on medical leave until  November 14, 2024, due to suffering from complications.  As such Ms. Thomas no access to mail her documents in a timely fashion to the court. It is Ms. Thomas' intent to proceed pro se and to file a Motion to Proceed as an indigent person.

Sincerely

/s/ James M. Andersen
James M. Andersen

*By permission /s/* Elizabeth Thomas