UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS   HOUSTON DIVISION

| MIRAMAR LAKE HOMEOWNERS ASSOCIATION | **CIV No.** 24cv4354 |
|---|---|
| *Plaintiff* | |
| | **ADV. No.** 24-03066 |
| vs | |
| ELIZABETH THOMAS | |
| *Defendants* | |

**APPELLANTS DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas Elizabeth Thomas (the "Appellants") respectfully submits the following designation items to be included in the record on appeal.

| Docket No. | Date | Title of Pleadings |
|---|---|---|
| 32 | 7/3/2024 | Joint Motion For Contempt. Objections/Request for Hearing Due in 21 days. Filed by Primary Residential Mortgage Inc Hearing scheduled for 7/18/2024 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Proposed Order) |
| 38 | 8/21/2024 | Joint Response *TO MOTION FOR CONTEMPT*. Filed by Elizabeth Thomas (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) |
| 46 | 9/10/2024 | Order in Aid of Order Granting Compensation Signed on 9/10/2024 (Related document(s):29 Order on Application for Compensation) |
| 49 | 9/24/2024 | Sealed Document *FILING OF MONTHLY BANK* |

| | | |
|---|---|---|
| | | *STATEMENTS* (Filed By Elizabeth Thomas ). |
| 51 | 10/02/2024 | . Notice *of Hearing on Joint Motion for Civil Contempt*. (Related document(s):32 Motion for Contempt) Filed by Primary Residential Mortgage Inc |
| 52 | 10/03/2024 | Order to Show Cause for Failure to Comply with Order in Aid of Order Granting Compensation, Signed on 10/3/2024 (Related document(s):32 Motion for Contempt, 46 |
| 56 | 10/15/2024 | Motion to Continue Hearing On (related document(s):32 Motion for Contempt). Filed by Elizabeth Thomas (Attachments: # 1 Proposed Order) |
| 58 | 10/16/2024 | Order Granting Motion for Continuance, Signed on 10/16/2024 (Related document(s):32 Motion for Contempt) **Hearing scheduled for 11/5/2024 at 09:00 AM** |
| 62 | 10/21/2024 | Order to Show Cause and Compelling in Person Appearance at the Hearing Scheduled for November 5, 2024 at 9:00 AM, Signed on 10/21/2024 (Related document(s):32 Motion for Contempt, 51 Notice, 52 Generic Order) **Show Cause hearing to be held on 11/5/2024** |
| 63 | 10/21/2024 | Supplemental Order Awarding Further Compensation, Signed on 10/21/2024 |

## APPELLANTS STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8002 Appellants Elizabeth Thomas submits that the following but not limited to issues to be raised on appeal:

1. Whether the Bankruptcy Court granting of a continuance had the effect of denying the Appellant her dues process rights to be heard

2. Whether the Bankruptcy Court erred in finding that Appellant should be sanction for failure to appear at a hearing after being granted a continuance?

3. Whether the Bankruptcy Court erred in be sanction without determining the whether the Appellant has the ability to pay?

4. Whether the Bankruptcy Court contempt proceedings are criminal or civil ?

**Certificate Regarding Transcripts**

Pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, Appellants hereby files this certificate stating that Appellants has not placed a order for any transcripts designated available on the Court's docket.

Dated: November 14, 2024.

Sincerely,

*By Permission /s/Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.con

**CERTIFICATE   OF SERVICE**

I hereby certify that on November 14, 2024, a true and correct copy of the foregoing instrument has been served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case.

*By Permission /s/Elizabeth Thomas*
