IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ELIZABETH THOMAS** | |
| *Appellant* | Civil Action No. 4:24cv4354 |
| vs. | |
| **MIRAMAR LAKE HOMEOWNERS ASSOCIATION INC.** | |
| *Appellee .* | |

### MOTION FOR EXTENSION TO FILE APPELLANTS BRIEF

**COMES NOW,** Elizabeth Thomas pro, se (the "Appellant), and moves the Court for thirty (30) day extension of time to file an appellant brief pursuant to of the Federal Rules of Civil Procedure Rule 6(b), say:

1. On January 24, 2025, Appellant after being released from the hospital learned that Appellant's Brief was first due to be filed with this court on December 12, 2023.

2. Appellant seeks a 30-day extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before February 24, 2025.

3. This extension of time is necessary because from October 17, 2023, through January 24, 2025, the appellant after having emergency surgery on October 17, 2023, has been under medical care including in and out of induced coma as such having no cognitive abilities. Therefore, additional time is needed to adequately prepare the appellants brief. See Exhibits 1. (Filed under seal).

4. For these reasons, Appellant requests that this court render an order extending the time for filing Appellant's Brief to and including February 24, 2025, . Appellant also requests any other relief to which he may be entitled.

2 | P a g e

Dated: January 24, 2025.

/s/ Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com

### Certificate of Service

The undersigned certifies that on January 24, 2025, a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

/s/ Elizabeth Thomas