Civil Action No. **24cv435**
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON: DIVISION**
_____

**Elizabeth Thomas**

*Appellant,*

**v.**

**Miramar Lake Homeowners Association Inc.**

*Appellees.*
_____

On Appeal from the United States Bankruptcy Court
for the Southern District of Texas; Houston Division
Bankruptcy Case No. 24-03066

_____

**APPELLANTS MOTION TO CORRECT STYLE OF
CASE TO ADD THE APPELLEES TO APPEAL
AND  RE-SET BRIEFING SCHEDULING ORDER**
_____

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Elizabeth Thomas (the "Appellant") and files this Motion to

Correct the Style of the Case to Add the Appellees to the appeal and Re-Set the

Briefing Scheduling order and for good cause shows the court as follows:

**Facts**

On October 21, 2024, the Honorable Judge Alfredo R. Perez U.D.B.J.,

issued an "Supplemental Order Awarding Further Compensation" in the case styled as Elizabeth Thomas, vs. Primary Residential Mortgage Inc., Stewart Title Compnay, MTH Lending Group LP., Meritage Homes  of Texas LLC., Mary L. Lester, Stewart Title Guaranty Company vs. Miramar Lake Homeowners Association Inc., for failing to appear at the "Show Cause Hearing," on said date. [BK. EFC.63], cause No. 24-03066.

On November 4, 2024, Elizabeth Thomas (the "Appellant"), pro se, filed a Notice of Appeal challenging October 21, 2024, the "Supplemental Order Awarding Further Compensation" for the failure to appear at the hearing on said date on the grounds that on October 16, 2024, the court had on October 16, 2024, granted the Appellant Motion for Continuance [BK. EFC.56], due being scheduled for emergency surgery on October 17, 2024.

However, On November 4, 2024, when Appellant Thomas perfected the Appeal, she styled the appeal as:

ELIZABETH  THOMAS  vs.  MIRAMAR  LAKE  HOMEOWNERS ASSOCIATION INC:

Miramar Lake Homeowners Association Inc., are the counter defendant whom is not seeking compensation and absence are the all of the Defendants who are the real parties of interest to the appeal and has participated in all matters in the litigation in the bankruptcy  court subject to the appeal. See: ***Exhibit*** 1.

Appellant requests this Court correct the style of this Appeal to reflect the actual parties hereto. The style should read:

Elizabeth Thomas *Appellants, vs.* Primary Residential Mortgage Inc., Stewart Title Compnay, MTH Lending Group LP., Meritage Homes of Texas LLC., Mary L. Lester, Stewart Title Guaranty Company vs. Miramar Lake Homeowners Association Inc., Appellees*, for* the prosecution of this Appeal as it is necessary to have a appellee. Appellant requests this Court re-set the scheduling briefing order in this case.

## CONCLUSION

WHEREFORE, premises considered, Elizabeth Thomas *Appellants*, requests that this Court enter an order correcting the style of this case to reflect Elizabeth Thomas *Appellants, vs.* Primary Residential Mortgage Inc., Stewart Title Compnay, MTH Lending Group LP., Meritage Homes of Texas LLC., Mary L. Lester, Stewart Title Guaranty Company vs. Miramar Lake Homeowners Association Inc., Appellees. Further, Appellant moves the court to re-set the briefing scheduling order and for such other and further relief to which it may show itself justly entitled, both at law and in equity.

Respectfully submitted,

/s/ Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002

elizthomas234@gmail.com

### Certificate of Service

The undersigned certifies that on February 25, 2025 a copy of the foregoing

document  was served using the EFC- Service System upon all counsel of record.


/s/ Elizabeth Thomas

EXHIBIT-1

**CLOSED, APPEAL**

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Adversary Proceeding #: 24-03066

*Assigned to:* Bankruptcy Judge Alfredo R Perez      *Date Filed:* 04/11/24
*Lead BK Case:* 99-99999                            *Date Terminated:* 06/13/24
*Lead BK Title:* Out of District Main Case      *Date Removed From State:* 04/11/24
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 01 Determination of removed claim or cause

**Joint Debtor**
-----------------------

**James Michael Andersen**          represented by **James Michael Andersen**
17041 El camiino Real                              Attorney at Law
Suite 204                                        17041 El Camino Real
Houston, TX 77058                        Ste 204
281-488-2800                                Houston, TX 77058
SSN / ITIN: xxx-xx-8554                 281-488-2800
                                              Email: jandersen.law@gmail.com

**Plaintiff**
-----------------------

**Elizabeth Thomas**                  represented by **James Michael Andersen**
                                              (See above for address)

V.

**Defendant**
-----------------------

**Primary Residential Mortgage Inc**    represented by **Gwen E. Richard**
                                              Irelan McDaniel PLLC
                                              2520 Caroline St, 2nd Floor
                                              Houston, TX 77004
                                               713-222-7666
                                               Fax : 713-222-7669
                                              Email: grichard@imtexaslaw.com

*Defendant*
-----------------------
**Stewart Title Company**


*Defendant*
-----------------------
**MTH Lending Group, LP**                          represented by **Dale M Holidy**
                                                              Germer PLLC
                                                              2929 Allen Parkway, Suite 2900
                                                              Houston, TX 77019
                                                              713-650-1313
                                                              Email: rholidy@germer.com


*Defendant*
-----------------------
**Meritage Homes of Texas LLC**


*Defendant*
-----------------------
**Mary L Lester**


*Defendant*
-----------------------
**Meritage Homes Corporation**


*Defendant*
-----------------------
**Stewart Title Guaranty Company**


*Counter-Defendant*
-----------------------
**Miramar Lake Homeowers Association Inc**

| Filing Date | # | Docket Text |
|---|---|---|
| 04/11/2024 | [1](#)<br>(5 pgs) | Adversary case 24-03066. Nature of Suit: (01 (Determination of removed claim or cause)) Notice of Removal Elizabeth Thomas , Miramar Lake Homeowers Association Inc . Receipt Number 0, Fee Amount $350 (ltg4) (Entered: 04/15/2024) |
| 04/16/2024 | | Judge Marvin Isgur added to case. (hlc4) (Entered: 04/16/2024) |

| | | |
|---|---|---|
| 04/22/2024 | [2](#)<br>(2 pgs) | Order for Conference Pre-Trial Conference set for 6/13/2024 at 10:00 AM at Houston, Courtroom 404 (MI). (tjl4) (Entered: 04/22/2024) |
| 04/23/2024 | [3](#)<br>(43 pgs; 9 docs) | Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Defendant MTH Lending Group, LP Hearing scheduled for 5/20/2024 at 01:00 PM at Houston Courthouse. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D # [5](#) Exhibit E # [6](#) Exhibit F # [7](#) Exhibit G # [8](#) Proposed Order) (Holidy, Dale) (Entered: 04/23/2024) |
| 04/23/2024 | [4](#)<br>(2 pgs) | Notice *of Hearing*. (Related document(s):[3](#) Motion for Remand) Filed by MTH Lending Group, LP (Holidy, Dale) (Entered: 04/23/2024) |
| 04/23/2024 | [5](#)<br>(3 pgs) | Order Requiring Elizabeth Thomas and James M. Andersen to Personally Appear and Show Cause Why They Should Not be Held In Civil Contempt of Court and Sanctioned Until They Cease Their Contemptuous Behavior, Signed on 4/23/2024 **Show Cause hearing to be held on 5/1/2024 at 08:00 AM at Houston, Courtroom 404 (MI).** (SierraThomasAnderson) (Entered: 04/23/2024) |
| 04/24/2024 | | The order issued at ECF no. 5 in case 24-3066 was served in accordance with the order. (SierraThomasAnderson) (Entered: 04/24/2024) |
| 04/24/2024 | [6](#)<br>(2 pgs) | Certificate (Filed By MTH Lending Group, LP ). (Holidy, Dale) (Entered: 04/24/2024) |
| 04/24/2024 | [7](#)<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):[2](#) Order for Conference) No. of Notices: 0. Notice Date 04/24/2024. (Admin.) (Entered: 04/24/2024) |
| 04/25/2024 | [8](#)<br>(12 pgs; 2 docs) | Supplemental Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Defendant MTH Lending Group, LP (Attachments: # [1](#) Exhibit A) (Holidy, Dale) (Entered: 04/25/2024) |
| 04/25/2024 | [9](#)<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):[5](#) Order Setting Hearing) No. of Notices: 0. Notice Date 04/25/2024. (Admin.) (Entered: 04/25/2024) |
| 04/28/2024 | [10](#)<br>(186 pgs; 12 docs) | Response *WITHDRAWAL OF NOTICE OF REMOVAL WITH PREJDUICEE* (related document(s):[3](#) Motion for Remand, [8](#) Motion for Remand). Filed by Elizabeth Thomas (Attachments: # [1](#) Exhibit # [2](#) Exhibit # [3](#) Exhibit # [4](#) Exhibit # [5](#) Exhibit # [6](#) Exhibit # [7](#) Exhibit # [8](#) Exhibit # [9](#) Exhibit # [10](#) Exhibit # [11](#) Exhibit) (Andersen, James) (Entered: 04/28/2024) |
| 04/29/2024 | [11](#)<br>(1 pg) | Remand Order (Related Doc # [3](#)) Signed on 4/29/2024. (SierraThomasAnderson) (Entered: 04/29/2024) |
| 04/30/2024 | [13](#)<br>(3 pgs) | Notice *Non-Representation of Elizabeth Thomas as to Any Cliams related to P.C.F. PROPERTIES IN TX LLC*. Filed by Elizabeth |

| | | |
|---|---|---|
| | | Thomas (Andersen, James) (Entered: 04/30/2024) |
| 05/01/2024 | 14 | Courtroom Minutes. Time Hearing Held: 7:57 AM - 8:10 AM, 8:18 AM - 8:34 AM. Appearances: Dale Holiday for the Defendant. James Andersen for the Plaintiff. Plaintiff Elizabeth Smith present. Gwen Richard an interested party. Kim Altuler an interested party. The Court heard oral argument. Witnesses sworn in and testimony given: James Andersen and Elizabeth Thomas. As stated on the record, parties to file an agreement regarding dismissal no later than 05/02/24 at 5:00 PM. If parties are unable to reach an agreement, hearing to be held on 05/03/24 at 8:00 AM. As stated on the record, wrongful removal compensation motion to be filed no later than 05/15/24 at 5:00 PM. Responses due no later than 05/28/2024 at 5:00 PM. Hearing to be held on 06/10/24 at 1:30 PM as stated on the record. The Court required the parties to attend the hearing in person. (Related document(s):5 Order Setting Hearing **Hearing scheduled for 6/10/2024 at 01:30 PM at Houston, Courtroom 404 (MI).** (SierraThomasAnderson) (Entered: 05/01/2024) |
| 05/01/2024 | 15 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/1/2024 7:57:39 AM ]. File Size [ 6264 KB ]. Run Time [ 00:13:03 ]. (admin). (Entered: 05/01/2024) |
| 05/01/2024 | 16 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/1/2024 8:18:10 AM ]. File Size [ 7856 KB ]. Run Time [ 00:16:22 ]. (admin). (Entered: 05/01/2024) |
| 05/01/2024 | 17 (2 pgs) | BNC Certificate of Mailing. (Related document(s):11 Order on Motion For Remand) No. of Notices: 0. Notice Date 05/01/2024. (Admin.) (Entered: 05/01/2024) |
| 05/02/2024 | 18 (2 pgs) | Notice *of Filing*. Filed by MTH Lending Group, LP (Holidy, Dale) (Entered: 05/02/2024) |
| 05/06/2024 | | ***Delivery Confirmation; delivery date(s) 4/30/2024 (Related document(s):12 Document(s) Sent. (hlc4) (Entered: 05/06/2024) |
| 05/08/2024 | 19 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (14-Day) by Meritage Homes of Texas/Kim Altsuler. This is to order a transcript of Elizabeth Thomas & James Andersen Show Cause Hearing on 5/1/2024 before Judge Marvin P. Isgur. Court Reporter/Transcriber: Access Transcripts (Filed By Meritage Homes of Texas LLC ). (Irving, Stephen) Electroincally Forwarded to Access Transcripts, LLC, on 05/08/2024. Estimated Date of Completion: 05/22/2024. Modified on 5/8/2024 (BenjaminRomero). (Entered: 05/08/2024) |
| 05/13/2024 | 20 (26 pgs; 2 docs) | Transcript RE: Show Cause Hearing held on 5/1/24 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 08/12/2024. (AccessTranscripts) (Entered: 05/13/2024) |

| | | |
|---|---|---|
| 05/15/2024 | **21**<br>(197 pgs; 17 docs) | Joint Application for Compensation *Primary Residential Mortgage Inc. and Meritage Homes of Texas, LLC.* Objections/Request for Hearing Due in 21 days. (Attachments: # **1** Appendix Exhibit List # **2** Exhibit Exhibit A # **3** Exhibit B # **4** Exhibit Exhibit C # **5** Exhibit D # **6** Exhibit Exhibit E # **7** Exhibit Exhibit F # **8** Exhibit Exhibit G # **9** Exhibit Exhibit H # **10** Exhibit Exhibit I # **11** Exhibit J # **12** Exhibit Exhibit K # **13** Exhibit Exhibit L # **14** Exhibit Exhibit M # **15** Affidavit Exhibit N # **16** Exhibit Exhibit O) (Richard, Gwen) (Entered: 05/15/2024) |
| 05/15/2024 | **22**<br>(182 pgs; 16 docs) | Exhibit List (Filed By Primary Residential Mortgage Inc ).(Related document(s):**21** Application for Compensation) (Attachments: # **1** Exhibit Exhibit A # **2** Exhibit Exhibit B # **3** Exhibit # **4** Exhibit # **5** Exhibit # **6** Exhibit # **7** Exhibit # **8** Exhibit # **9** Exhibit # **10** Exhibit # **11** Exhibit # **12** Exhibit # **13** Exhibit # **14** Affidavit # **15** Affidavit) (Richard, Gwen) (Entered: 05/15/2024) |
| 05/16/2024 | **23**<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):**20** Transcript) No. of Notices: 0. Notice Date 05/16/2024. (Admin.) (Entered: 05/16/2024) |
| 05/28/2024 | **24**<br>(13 pgs; 2 docs) | Objection *With Motion To Strike Portions of Counsel Motion for Compensation* (related document(s):**21** Application for Compensation). Filed by Elizabeth Thomas (Attachments: # **1** Proposed Order) (Andersen, James) (Entered: 05/28/2024) |
| 05/28/2024 | **25**<br>(112 pgs; 5 docs) | Response *Attorney's Affidavit for Compensation with Attorney Fees* (related document(s):**21** Application for Compensation). Filed by Elizabeth Thomas (Attachments: # **1** Exhibit 1 # **2** Exhibit 2 # **3** Exhibit 3 # **4** Exhibit 4) (Andersen, James) (Entered: 05/28/2024) |
| 06/07/2024 | **26**<br>(7 pgs; 3 docs) | Agreed Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Plaintiff Elizabeth Thomas (Attachments: # **1** Proposed Order # **2** Proposed Order) (Andersen, James) (Entered: 06/07/2024) |
| 06/10/2024 | 27 | Courtroom Minutes. Time Hearing Held: 1:29 PM - 2:40 PM. Appearances: Kim Altuler an interested party. James Anderson for the Plaintiff. Plaintiff Elizabeth Thomas present. Exhibits admitted: ECF no. 21 15-16. ECF no. 22 5 in case no. 22-00742. ECF no. 23 in case no. 22-00742. ECF no. 25 1-3 not for the truth of the matters asserted. Witnesses sworn in and testimony given: Gwen Richard. The Court heard oral argument. Motion granted; order to be entered. (Related document(s): 14 Courtroom Minutes) (SierraThomasAnderson) (Entered: 06/10/2024) |
| 06/10/2024 | **28**<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 6/10/2024 1:29:16 PM ]. File Size [ 33967 KB ]. Run Time [ 01:10:46 ]. (admin) (Entered: 06/10/2024) |
| 06/11/2024 | **29**<br>(1 pg) | Order Granting Compensation (Related Doc # **21**). Signed on 6/11/2024. (SierraThomasAnderson) (Entered: 06/11/2024) |

| | | |
|---|---|---|
| 06/13/2024 | 30 | Courtroom Minutes. Time Hearing Held: 10:01 - 10:02. Appearances: none. The Court directed the clerk to close the case for reasons stated on the record. The Court retains jurisdiction to enforce the compensation order as stated on the record. (Related document(s):2 Order for Conference) (SierraThomasAnderson) (Entered: 06/13/2024) |
| 06/13/2024 | | Adversary Case 4:24-ap-3066 Closed. (SierraThomasAnderson) (Entered: 06/13/2024) |
| 06/13/2024 | 31 (2 pgs) | BNC Certificate of Mailing. (Related document(s):29 Order on Application for Compensation) No. of Notices: 0. Notice Date 06/13/2024. (Admin.) (Entered: 06/13/2024) |
| 07/03/2024 | 32 (189 pgs; 17 docs) | Joint Motion For Contempt. Objections/Request for Hearing Due in 21 days. Filed by Primary Residential Mortgage Inc Hearing scheduled for 7/18/2024 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Proposed Order) (Richard, Gwen) (Entered: 07/03/2024) |
| 07/18/2024 | 33 | Courtroom Minutes. Time Hearing Held: 9:09 AM - 9:19 AM. Appearances: Gwen Richard for Primary Residential Mortgage Inc. Kim Altsuler for Meritage Homes of Texas. Plaintiff Elizabeth Thomas present. Hearing continued to 08/23/24 at 10:00 AM as stated on the record. (Related document(s):32 Motion for Contempt) **Hearing scheduled for 8/23/2024 at 10:00 AM at Houston, Courtroom 404 (MI).** (SierraThomasAnderson) (Entered: 07/18/2024) |
| 07/18/2024 | 34 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/18/2024 9:09:10 AM ]. File Size [ 5120 KB ]. Run Time [ 00:10:40 ]. (admin). (Entered: 07/18/2024) |
| 07/18/2024 | 35 (2 pgs) | Notice *of Hearing on Joint Motion for Civil Contempt*. Filed by Primary Residential Mortgage Inc (Richard, Gwen) (Entered: 07/18/2024) |
| 07/18/2024 | 36 (2 pgs) | Certificate *of Service* (Filed By Primary Residential Mortgage Inc ). (Richard, Gwen) (Entered: 07/18/2024) |
| 08/19/2024 | 37 (8 pgs; 3 docs) | Application *SUGGESTON OF BANKRUPCTY* Filed by Plaintiff Elizabeth Thomas (Attachments: # 1 Exhibit A # 2 Exhibit B) (Andersen, James) (Entered: 08/19/2024) |
| 08/21/2024 | 38 (10 pgs; 4 docs) | Joint Response *TO MOTION FOR CONTEMPT*. Filed by Elizabeth Thomas (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Andersen, James) (Entered: 08/21/2024) |
| 08/22/2024 | | Judge Alfredo R Perez added to case. Involvement of Judge Marvin Isgur Terminated. (tjl4) (Entered: 08/22/2024) |

| | | |
|---|---|---|
| 08/22/2024 | | The hearing previously scheduled for 8/23/24 at 10:00 am before Judge Marvin Isgur is *canceled* due to case reassignment. (tjl4) (Entered: 08/22/2024) |
| 08/22/2024 | [39](#) (1 pg) | Order Setting Hearing Signed on 8/22/2024 (Related document(s):[32](#) Motion for Contempt **Hearing scheduled for 9/10/2024 at 10:00 AM at Houston, Courtroom 400 (ARP).** (abm4) (Entered: 08/22/2024) |
| 08/22/2024 | [40](#) (1 pg) | Order Reassigning Adversary Proceeding, Signed on 8/22/2024 (SierraThomasAnderson) (Entered: 08/22/2024) |
| 08/24/2024 | [41](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s):[39](#) Order Setting Hearing) No. of Notices: 0. Notice Date 08/24/2024. (Admin.) (Entered: 08/24/2024) |
| 08/24/2024 | [42](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s):[40](#) Generic Order) No. of Notices: 0. Notice Date 08/24/2024. (Admin.) (Entered: 08/24/2024) |
| 09/05/2024 | [43](#) (1 pg) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Gwen Richard. This is to order a transcript of Hearing on Motion for Compensation, 6/10/2024 before Judge Marvin P. Isgur. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Primary Residential Mortgage Inc ). (Richard, Gwen) Electronically forwarded to Veritext Legal Solutions on 9.12.24. Estimated completion date 9.15.24. Modified on 9/12/24 (CSRodriguez). (Entered: 09/05/2024) |
| 09/10/2024 | 44 | Courtroom Minutes. Time Hearing Held: 10:00 AM to 10:09 AM. Appearances: James Andersen pro se defendant; Alzadia Spires pro se defendant; Elizabeth Thomas pro se; Kim Alsuler for Meritage Homes; Gwen Richard for defendant Primary Residential Mortgage Inc. ERO: yes. Argument heard. Court orders defendants James Andersen and Elizabeth Thomas to submit financial disclosures within 14 days; oral order entered allowing financial disclosures to be filed under seal. Court to enter an order. (Related document(s):[32](#) Motion for Contempt) (abm4) (Entered: 09/10/2024) |
| 09/10/2024 | [45](#) (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/10/2024 10:00:17 AM ]. File Size [ 4168 KB ]. Run Time [ 00:08:41 ]. (admin). (Entered: 09/10/2024) |
| 09/10/2024 | [46](#) (2 pgs) | Order in Aid of Order Granting Compensation Signed on 9/10/2024 (Related document(s):[29](#) Order on Application for Compensation) (abm4) (Entered: 09/10/2024) |
| 09/12/2024 | [47](#) (4 pgs) | BNC Certificate of Mailing. (Related document(s):[46](#) Generic Order) No. of Notices: 0. Notice Date 09/12/2024. (Admin.) (Entered: 09/12/2024) |
| 09/23/2024 | [48](#) (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Ordinary (30 days)) by Gwen E. Richard. This is to order a transcript of Hearing on Motion for Contempt, 9/10/2024 before Judge Alfredo R. Perez. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber: Veritext Legal Solutions (Filed By Primary Residential Mortgage Inc ). (Richard, Gwen) Electronically forwarded to Veritext Legal Solutions on 9/24/24. Estimated completion date 10/24/24 Modified on 9/24/2024 (BrittanyNicklaus). (Entered: 09/23/2024) |
| 09/24/2024 | 49<br>(55 pgs) | Sealed Document *FILING OF MONTHLY BANK STATEMENTS* (Filed By Elizabeth Thomas ). (Andersen, James) (Entered: 09/24/2024) |
| 09/24/2024 | 50<br>(3 pgs) | Sealed Document *lease and bank statements* (Filed By James Michael Andersen ). (Andersen, James) (Entered: 09/24/2024) |
| 10/02/2024 | | Hearing Set by Request (Related document(s):32 Motion for Contempt). Contacted by Sarah Cartwright. Movant to notice all interested parties and file a certificate of service with the court. **Hearing scheduled for 10/21/2024 at 09:00 AM at Houston, Courtroom 400 (ARP).** (tjl4) (Entered: 10/02/2024) |
| 10/02/2024 | 51<br>(2 pgs) | Notice *of Hearing on Joint Motion for Civil Contempt*. (Related document(s):32 Motion for Contempt) Filed by Primary Residential Mortgage Inc (Richard, Gwen) (Entered: 10/02/2024) |
| 10/03/2024 | 52<br>(2 pgs) | Order to Show Cause for Failure to Comply with Order in Aid of Order Granting Compensation, Signed on 10/3/2024 (Related document(s):32 Motion for Contempt, 46 Generic Order) (abm4) (Entered: 10/03/2024) |
| 10/05/2024 | 53<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):52 Generic Order) No. of Notices: 1. Notice Date 10/05/2024. (Admin.) (Entered: 10/05/2024) |
| 10/15/2024 | 54<br>(125 pgs; 4 docs) | Sealed Document *BANK STATEMENTS* (Filed By James Michael Andersen ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Andersen, James) (Entered: 10/15/2024) |
| 10/15/2024 | 55<br>(4 pgs) | Response *To Order to Show Cause*. Filed by James Michael Andersen (Andersen, James) (Entered: 10/15/2024) |
| 10/15/2024 | 56<br>(5 pgs; 2 docs) | Motion to Continue Hearing On (related document(s):32 Motion for Contempt). Filed by Elizabeth Thomas (Attachments: # 1 Proposed Order) (Andersen, James) (Entered: 10/15/2024) |
| 10/15/2024 | 57<br>(1 pg) | Sealed Document *Elizabeth Thomas Doctor Medical Excuse* (Filed By Elizabeth Thomas ). (Andersen, James) (Entered: 10/15/2024) |
| 10/16/2024 | 58<br>(1 pg) | Order Granting Motion for Continuance, Signed on 10/16/2024 (Related document(s):32 Motion for Contempt) **Hearing scheduled for 11/5/2024 at 09:00 AM at Houston, Courtroom 400 (ARP).** (abm4) (Entered: 10/16/2024) |

| | | |
|---|---|---|
| 10/18/2024 | 59<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):58 Order Setting Hearing) No. of Notices: 1. Notice Date 10/18/2024. (Admin.) (Entered: 10/18/2024) |
| 10/21/2024 | 60 | Courtroom Minutes. Time Hearing Held: 9:00 AM to 9:13 AM. Appearances: Kim Alsuler for Meritage Homes of Texas; Gwen Richard for Primary Residential Mortgage Inc.; John Burger for P.C. F Properties in TX, LLC. Testimony heard. The Court will enter a supplemental order for additional attorney fees as stated on the record. A further Order to Show Cause hearing is set for an in person hearing on **11/5/2024 at 9:00 AM** ERO: yes. (Related document(s):32 Motion for Contempt). (abm4) (Entered: 10/21/2024) |
| 10/21/2024 | 61<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/21/2024 9:00:00 AM ]. File Size [ 6296 KB ]. Run Time [ 00:13:07 ]. (admin). (Entered: 10/21/2024) |
| 10/21/2024 | 62<br>(2 pgs) | Order to Show Cause and Compelling in Person Appearance at the Hearing Scheduled for November 5, 2024 at 9:00 AM, Signed on 10/21/2024 (Related document(s):32 Motion for Contempt, 51 Notice, 52 Generic Order) **Show Cause hearing to be held on 11/5/2024 at 09:00 AM at Houston, Courtroom 400 (ARP).** (abm4) (Entered: 10/21/2024) |
| 10/21/2024 | 63<br>(2 pgs) | Supplemental Order Awarding Further Compensation, Signed on 10/21/2024 (abm4) (Entered: 10/21/2024) |
| 10/22/2024 | 64<br>(8 pgs; 2 docs) | Transcript RE: held on 9/10/24 before Judge ALFREDO R. PEREZ. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 01/21/2025. (VeritextLegalSolutions) (Entered: 10/22/2024) |
| 10/23/2024 | 65<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):62 Order Setting Hearing) No. of Notices: 1. Notice Date 10/23/2024. (Admin.) (Entered: 10/23/2024) |
| 10/23/2024 | 66<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):63 Generic Order (Adversary)) No. of Notices: 0. Notice Date 10/23/2024. (Admin.) (Entered: 10/23/2024) |
| 10/26/2024 | 67<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):64 Transcript) No. of Notices: 1. Notice Date 10/26/2024. (Admin.) (Entered: 10/26/2024) |
| 11/01/2024 | 68<br>(4 pgs; 2 docs) | Opposition Motion to Continue Hearing On (related document(s):62 Order Setting Hearing, 63 Generic Order (Adversary)). Filed by Elizabeth Thomas (Attachments: # 1 Proposed Order) (Andersen, James) (Entered: 11/01/2024) |

| | | |
|---|---|---|
| 11/01/2024 | [69](#)<br>(1 pg) | Sealed Document *Out on Medical Unitl 11/13/2024* (Filed By Elizabeth Thomas ). (Andersen, James) (Entered: 11/01/2024) |
| 11/03/2024 | [70](#)<br>(6 pgs; 2 docs) | First Motion to Amend (related document(s):[63](#) Generic Order (Adversary)). Filed by James Michael Andersen (Attachments: # [1](#) Proposed Order) (Andersen, James) (Entered: 11/03/2024) |
| 11/04/2024 | [71](#)<br>(1 pg) | Order Granting Motion for Continuance, Signed on 11/4/2024 (Related document(s):[68](#) Motion to Continue). Hearing on the Defendants Motion for Contempt is continued as to Elizabeth Thomas only. **Hearing scheduled for 11/25/2024 at 03:00 PM at Houston, Courtroom 400 (ARP).** (abm4) (Entered: 11/04/2024) |
| 11/04/2024 | [72](#)<br>(6 pgs) | Notice of Appeal filed. (related document(s):[63](#) Generic Order (Adversary)). Fee Amount $298. Appellant Designation due by 11/18/2024. (Andersen, James) (Entered: 11/04/2024) |
| 11/04/2024 | 73 | Election to Appeal to Court of Appeals *Elizabeth Thomas*. (Andersen, James) (Entered: 11/04/2024) |
| 11/05/2024 | 74 | Courtroom Minutes. Time Hearing Held: 9:14 AM to 9:20 AM; 9:36 AM to 9:41 AM. Appearances: James Andersen as Debtor; Kim Altsuler for Meritage Homes of Texas; Gwen Richard for Primary Residential Mortgage Inc.; John Burger for P.C. F Properties in TX, LLC. Parties were ordered to confer about a payment plan. James Andersen is to draft a formal offer letter. All pending matters will be held in abeyance. Parties are to file a joint report by Tuesday, November 12, 2024 as stated on the record and contact the Case Manager. ERO: yes. (Related document(s):[32](#) Motion for Contempt, [52](#) Order). (abm4) (Entered: 11/05/2024) |
| 11/05/2024 | [75](#)<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 11/5/2024 9:14:11 AM ]. File Size [ 2480 KB ]. Run Time [ 00:05:10 ]. (admin). (Entered: 11/05/2024) |
| 11/05/2024 | [76](#)<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 11/5/2024 9:36:25 AM ]. File Size [ 2264 KB ]. Run Time [ 00:04:43 ]. (admin). (Entered: 11/05/2024) |
| 11/05/2024 | [77](#)<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Ordinary (30 days)) by Gwen E. Richard. This is to order a transcript of Motion for Civil Contempt hearing held 11/5/2024 before Judge Alfredo R. Perez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Primary Residential Mortgage Inc ). (Richard, Gwen) Electronically forwarded to Veritext on 11/06/2024. Estimated completion date: 12/06/2024. Modified on 11/6/2024 (glc4). (Entered: 11/05/2024) |
| 11/06/2024 | [78](#)<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):[71](#) Order Setting Hearing) No. of Notices: 1. Notice Date 11/06/2024. (Admin.) (Entered: 11/06/2024) |

| | | |
|---|---|---|
| 11/07/2024 | 79<br>(1 pg) | Clerk's Notice of Filing of an Appeal. On 11/04/2024, Elizabeth Thomas filed a notice of appeal. The appeal has been assigned to U.S. District Judge George C Hanks, Jr, Civil Action 4:24cv4354. Parties notified (Related document(s):72 Notice of Appeal). (bwl4) (Entered: 11/07/2024) |
| 11/07/2024 | | Receipt of Notice of Appeal( 24-03066) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A25694755. Fee amount $ 298.00. (U.S. Treasury) (Entered: 11/07/2024) |
| 11/09/2024 | 80<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):79 Clerk's Notice of Filing of an Appeal) No. of Notices: 1. Notice Date 11/09/2024. (Admin.) (Entered: 11/09/2024) |
| 11/12/2024 | 81<br>(3 pgs) | Status Report (Filed By Primary Residential Mortgage Inc ). (Richard, Gwen) (Entered: 11/12/2024) |
| 11/14/2024 | 82<br>(3 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):72 Notice of Appeal, 73 Election to Appeal). (Andersen, James) (Entered: 11/14/2024) |
| 11/18/2024 | 83<br>(4 pgs; 2 docs) | Opposition Motion to Continue Hearing On (related document(s):70 Motion to Amend). Filed by Elizabeth Thomas (Attachments: # 1 Proposed Order) (Andersen, James) (Entered: 11/18/2024) |
| 11/18/2024 | 84<br>(1 pg) | Sealed Document *THOMAS MECIAL TO 12/4/2924* (Filed By Elizabeth Thomas ). (Andersen, James) (Entered: 11/18/2024) |
| 11/18/2024 | | *Notice of Cancellation of Hearing.* The hearing previously scheduled for 11/25/24 at 3:00 pm is *canceled* per the abatement of the case issued at ECF No. 74 (Related document(s): 32 Joint Motion for Contempt) (tjl4) (Entered: 11/19/2024) |
| 11/20/2024 | | Remark Case review waiting for the appellee to file their record of designation (hl4) (Entered: 11/20/2024) |
| 12/04/2024 | 85<br>(1 pg) | Transcript RE: held on before Judge ALFREDO R. PEREZ. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 03/4/2025. (VeritextLegalSolutions) (Entered: 12/04/2024) |
| 12/06/2024 | 86<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):85 Transcript) No. of Notices: 1. Notice Date 12/06/2024. (Admin.) (Entered: 12/06/2024) |
| 12/12/2024 | 87<br>(1 pg) | Record Transmitted under Rule 8010(b). On 12-12-2024, the appeal was transmitted to the U.S. District Court, assigned Judge George C Hanks, Jr, Civil Action 24cv4354. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):72 Notice of Appeal). (hl4) |

(Entered: 12/12/2024)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/24/2025 10:35:18 | | | |
| **PACER Login:** | jmanderse4625 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24-03066 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |