**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS OUT OF DISTRICT MAIN CASE | § § § | |
| Plaintiff(s), | § § | CIVIL ACTION NO. 4:24–cv–04354 |
| MIRAMAR LAKE HOMEOWNERS ASSOCIATION INC.Elizabeth Thomas | § § § | |
| Defendant. | § | |

## NOTICE OF SETTING

    A Status Conference has been set in this matter for 10:00 AM on 4/29/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

    Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611928303?pwd=6sW4VWkGaisHE6faWvaw5uO4X22N3T.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 192 8303
Meeting Password: 675348

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/3/2025

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.