1 | Page

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS OUT OF DISTRICT MAIN CASE<br>    *Plaintiff*<br>vs.<br><br>MIRAMAR LAKE HOMEOWNERS ASSOCIATION INC.ELIZABETH THOMAS<br>    *Defendants* | Civil Action No. 4:24cv4354 |

**APPELLANT NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL AND VOLUNTARY DISMISSAL OF APPEAL**

_____

**TO THE HONORABLE CLERK OF COURT:**

Pursuant to Federal Rules of Bankruptcy Procedure Rule 8023 (b), the Appellant Elizabeth Thomas hereby gives notice that she withdraws the Notice of Appeal and voluntarily dismisses her appeal. Appellant and the Appellees shall bear its own costs on appeal.

This renders all pending Motions before the Court Moot as they have since been withdrawn [Doc.11], as the appellant no longer wish that they been heard.

Submitted this 27th day of April 2025.

Respectfully submitted,

/s/Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com

## Certificate of Conference

On April 25, 2025, Miramar Lake Homeowners Association Inc., was served a copy of this motion to give notice that the appeal was being voluntarily dismissed and they does not oppose as they are not named as a party to any order or judgment or Notice of Appeal that was pending before the Court.

. */s/Elizabeth Thomas*

## Certificate of Service

I Elizabeth Thomas hereby certify that on this the 27th day of April 2025, electronically filed the foregoing with the Clerk of the Court and all counselor e participants in the case registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/Elizabeth Thomas*