IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS OUT OF DISTRICT MAIN CASE<br>    *Plaintiff*<br>vs.<br><br>**MIRAMAR LAKE HOMEOWNERS ASSOCIATION INC.ELIZABETH THOMAS**<br>    *Defendants* | Civil Action No. 4:24cv4354 |

_____

**ORDER ON NOTICE TO WITHDRAW THE NOTICE OF APPEAL AND VOLUNTARY DISMISSALOF APPEAL**

_____

On October 27, 2025, Elizabeth Thomas filed a motion to withdraw the notice of appeal and voluntarily dismiss this appeal pursuant to pursuant to Federal Rules of Bankruptcy Procedure Rule 8023 (b).  The motion is granted, and Thomas' appeal is dismissed pursuant to Rule 8023 (b) and no action on any other motions filed in this case will be taken  each party pays their own cost.

**SO ORDERED**

                Signed this _____day of May 2025.

                                                      _____
                                                      Honorable George C. Hanks Jr.
                                                      United States District Judge